**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br>**Re:  Docket No. 2846** |
| CENTER CITY HEALTHCARE, LLC, *et al.*,<br><br>Plaintiffs<br><br>- against –<br><br>Defendants Listed on Exhibit "A",<br><br>Defendant. | <br><br><br><br><br>**Adversary No.  See Exhibit "A"** |

**NOTICE OF <u>AMENDED</u>[2] AGENDA FOR VIDEO HEARING SCHEDULED FOR**
**SEPTEMBER 23, 2021 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE**
**<u>HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE</u>**

> **WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELLED**

> **THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM**
> **AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**
> **COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**
> https://debuscourts.zoomgov.com/meeting/register/vJItcuurqTwuGBP3Txi3wlxEa93rr1Bdg-Y
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing**
> **log-in formation for the hearing.**
>
> **ALL PARTIES MUST REGISTER NO LATER THAN 8:30 A.M. (ET) ON SEPTEMBER 23, 2021**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]  **All Amended Agenda items appear in bold.**

**RESOLVED MATTERS**:

1.     Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Cross & Simon LLC as Special Counsel to the Debtors [Docket No. 2676; filed: 08/05/21]

Response Deadline:  August 19, 2021 at 4:00 p.m.

Responses Received:

A.     Informal comments from the Office of the United States Trustee

Related Documents:

B.     Certification of Counsel Regarding (A) Revised Proposed Order Pursuant to 11 U.S.C. § 327(a) Authorizing and Employment of Cross and Simon LLC as Special Counsel to the Debtors and (B) No Objection to Same [Docket No. 2725; filed: 08/20/21]

C.     Order Pursuant to 11 U.S.C. § 327(a) Authorizing and Employment of Cross and Simon LLC as Special Counsel to the Debtors [Docket No. 2731; signed and docketed: 08/23/21]

Status: On August 23, 2021, the Court entered an order approving this application.

2.     Motion of Debtors for Approval of Settlement of Preference Claims against Center Square Ventures II LLC and NG 1500 Market Street LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2682; filed: 08/06/21]

Response Deadline:  August 20, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.     Certification of No Objection [Docket No. 2735; filed: 08/23/21]

B.     Order Approving Settlement of Preference Claims against Center Square Ventures II LLC and NG 1500 Market Street LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2739; signed and docketed: 08/24/21]

Status: On August 24, 2021, the Court entered an order approving this motion.

3.     Motion of Debtors for Approval of Settlement of Preference Claims against Immucor, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2687; Adv. Docket 5; filed: 08/10/21]

Response Deadline:  August 24, 2021 at 4:00 p.m.

<u>Responses Received</u>:  None

<u>Related Documents</u>:

A.      Certification of No Objection [Docket No. 2742; Adv. No. 7; filed: 08/26/21]

B.      Order Approving Settlement of Preference Claims against Immucor, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2746; Adv. No. 8; signed and docketed: 08/26/21]

<u>Status</u>: On August 26, 2021, the Court entered an order approving this motion.

4.      Motion of Debtors for Approval of Settlement of Preference Claims against Philips Medical Capital LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2701; filed: 08/16/21]

<u>Response Deadline</u>:  August 30, 2021 at 4:00 p.m.

<u>Responses Received</u>:  None

<u>Related Documents</u>:

A.      Certification of No Objection [Docket No. 2761; filed: 08/31/21]

B.      Order Approving Settlement of Preference Claims against Philips Medical Capital LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2766; signed and docketed: 09/01/21]

<u>Status</u>: On September 1, 2021, the Court entered an order approving this motion.

5.      Motion of Debtors for Approval of Settlement of Preference Claims against Dynamic Balancing Co., Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2702; filed: 08/16/21]

<u>Response Deadline</u>:  August 30, 2021 at 4:00 p.m.

<u>Responses Received</u>:  None

<u>Related Documents</u>:

A.      Certification of No Objection [Docket No. 2762; filed: 08/31/21]

B.      Order Approving Settlement of Preference Claims against Dynamic Balancing Co., Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2767; signed and docketed: 09/01/21]

<u>Status</u>: On September 1, 2021, the Court entered an order approving this motion.

6.     Motion of Debtors for Approval of Settlement of Preference Claims against Infor (US), LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2703; filed: 08/16/21]

Response Deadline:  August 30, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.     Certification of No Objection [Docket No. 2763; filed: 08/31/21]

B.     Order Approving Settlement of Preference Claims against Infor (US), LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2768; signed and docketed: 09/01/21]

Status: On September 1, 2021, the Court entered an order approving this motion.

7.     Motion of Debtors for Approval of Settlement of Preference Claims against Herman Goldner Co., Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2708; filed: 08/17/21]

Response Deadline:  August 31, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.     Certification of No Objection [Docket No. 2769; filed: 09/01/21]

B.     Order Approving Settlement of Preference Claims against Herman Goldner Co., Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2793; signed and docketed: 09/07/21]

Status: On September 7, 2021, the Court entered an order approving this motion.

8.     Motion of Debtors for Approval of Settlement of Preference Claims against Kroll, LLC, formerly known as Duff & Phelps, LLC, Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2758; Adversary No. 7; filed: 08/30/21]

Response Deadline:  September 13, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.     Certification of No Objection [Docket No. 2834; Adversary No. 12; filed: 09/16/21]

B.    Order Approving Settlement of Preference Claims against Kroll, LLC, formerly known as Duff & Phelps, LLC, Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2836; signed and docketed: 09/16/21]

Status: On September 16, 2021, the Court entered an order approving this motion.

**CONTINUED MATTER:**

9.    Motion of Creditor Pamela Saechow Seeking Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Docket No. 2623; filed: 07/27/21]

Response Deadline:  August 9, 2021 at 4:00 p.m.; extended to October 18, 2021 for the Debtors.

Responses Received:

A.    Informal response from the Debtors

Related Documents:  None to date

Status: This matter is continued to the October 25, 2021 omnibus hearing.

**CERTIFICATION OF NO OBJECTION/CERTIFICATIONS OF COUNSEL MATTERS:**

10.    Motion to Allow Proof of Claim of Leslie Caldwell [Docket No. 2765; filed: 09/01/21]

Response Deadline:  September 15, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.    Certification of No Objection [Docket No. 2838; filed: 09/17/21]

**B.    Order [Docket No. 2861; signed and docketed: 09/22/21]**

**Status: On September 22, 2021, the Court entered an order approving this motion.**

11.    Motion for Entry of an Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Debtors Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code [Docket No. 2770; filed: 09/02/21]

Response Deadline:  September 16, 2021 at 4:00 p.m.

Responses Received:

A.    Limited Objection of Global Neurosciences Institutes, LLC [Docket No. 2837; filed: 09/16/21]

Related Documents:

B.      Notice of Filing of Exhibit D to Motion for Entry of an Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Debtors Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code [Docket No. 2792; filed: 09/07/21]

C.      Certification of Counsel Regarding Debtors' Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought By Debtors Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code [Docket No. 2845; filed: 09/20/21]

**D.      Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Debtors Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code [Docket No. 2850; filed: 09/21/21]**

**<u>Status</u>: On September 21, 2021, the Court entered an order approving this motion.**

12.     Motion of Debtors for Order (I) Authorizing Philadelphia Academic Health System, LLC to Enter Into an Agreement to Transfer Radioactive Materials License Pursuant to 11 U.S.C. § 363, (II) Authorizing Philadelphia Academic Health System, LLC to Transfer Radioactive Materials License, and (III) Granting Related Relief [Docket No. 2774; filed: 09/02/21]

<u>Response Deadline</u>:  September 16, 2021 at 4:00 p.m.

<u>Responses Received</u>:

A.      Informal comment from the Pennsylvania Department of Environmental Protection, Bureau of Regulatory Counsel

<u>Related Documents</u>:

B.      Certification of Counsel Regarding (A) Revised Proposed Order (I) Authorizing Philadelphia Academic Health System, LLC to Enter Into an Agreement to Transfer Radioactive Materials License Pursuant to 11 U.S.C. § 363, (II) Authorizing Philadelphia Academic Health System, LLC to Transfer Radioactive Materials License, and (III) Granting Related Relief, and (B) No Objection to Same [Docket No. 2841; filed: 09/20/21]

**C.      Order (I) Authorizing Philadelphia Academic Health System, LLC to Enter Into an Agreement to Transfer Radioactive Materials License Pursuant to 11 U.S.C. § 363, (II) Authorizing Philadelphia Academic Health System, LLC to Transfer Radioactive Materials License, and (III) Granting Related Relief [Docket No. 2847; signed and docketed: 09/21/21]**

**<u>Status</u>: On September 21, 2021, the Court entered an order approving this motion**

**CONTESTED MATTERS GOING FORWARD:**

13.     Vicinity's Motion to Enforce 2019 Stipulation as Third Party Beneficiary [Docket No. 2400; filed: 06/17/21]

Response Deadline:  July 2, 2021 at 4:00 p.m.

Responses Received:

A.      Response of Debtors [Docket No. 2553; filed: 07/02/21]

B.      HSREP VI Holding, LLC and Its Affiliates' Objection and Cross-Motion to Compel Debtors, Propco or Master Lease Guarantors to Pay Utility Obligations [Docket No. 2573; filed: 07/12/21]

Reply:

C.      Vicinity's Reply to HSRE's Objection and Debtors' and MBNF Non-Debtor Entities' Responses [Docket No. 2842; filed: 09/20/21]

**Status: This matter is continued to October 12, 2021 at 10:30 a.m.**

14.     Cross-Motion of HSREP VI Holding, LLC and Its Affiliates for Entry of an Order Compelling Debtors, Propcos or Master Lease Guarantors to Pay Utility Obligations [Docket No. 2578; filed: 07/12/21]

Response Deadline:  August 13, 2021 at 4:00 p.m.; extended to September 14, 2021 for the Debtors and the MBNF Non-Debtor Entities.

Responses Received:

A.      Response and Objection of the Debtors [Docket No. 2825; filed: 09/14/21]

B.      MBNF Non-Debtor Entities' Objection [Docket No. 2826; filed: 09/14/21]

Reply:

C.      Reply of JV Entities in Support of Cross-Motion [Docket No. 2840; docketed: 09/20/21]

**Status: This matter is continued to October 12, 2021 at 10:30 a.m.**

**FEE APPLICATIONS:**

15. Certification of Counsel Regarding Proposed Omnibus Order Approving Fifth and Sixth Interim Fee Applications of Saul Ewing Arnstein & Lehr LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP, the Fourth and Fifth Interim Applications of Klehr Harrison Harvey Branzburg LLP and the Fourth and Amended Fifth Interim Application of Berkeley Research Group, LLC [Docket No. 2844; filed: 09/20/21]

   Response Deadline:    See index of the fee applications attached as Exhibit B.

   Responses Received:  None

   Related Documents:

   **Status:  The Court has advised that it will enter an order approving the fees.**

Dated: September 22, 2021                  **SAUL EWING ARNSTEIN & LEHR LLP**

                          By:    */s/ Mark Minuti*
                                 Mark Minuti (DE Bar No. 2659)
                                 Monique B. DiSabatino (DE Bar No. 6027)
                                 1201 N. Market Street, Suite 2300
                                 P.O. Box 1266
                                 Wilmington, DE  19899
                                 Telephone: (302) 421-6800
                                 Fax: (302) 421-6813
                                 mark.minuti@saul.com
                                 monique.disabatino@saul.com

                                      -and-

                                 Jeffrey C. Hampton
                                 Adam H. Isenberg
                                 Centre Square West
                                 1500 Market Street, 38th Floor
                                 Philadelphia, PA 19102
                                 Telephone: (215) 972-7777
                                 Fax: (215) 972-7725
                                 jeffrey.hampton@saul.com
                                 adam.isenberg@saul.com

                                 *Counsel for Debtors and Debtors in Possession*

# Exhibit A

## Avoidance Actions

| Case No. | Defendant | Filing Date |
|---|---|---|
| 21-50762 | Abbott Laboratories, Inc. | 06/23/2021 |
| 21-50765 | CCJ Physics LLC | 06/23/2021 |
| 21-50773 | Exactech Inc. | 06/23/2021 |
| 21-50778 | General Healthcare Resources Inc. | 06/23/2021 |
| 21-50782 | Greater Delaware Valley Society of Transplant Surgeons | 06/23/2021 |
| 21-50788 | Mayflower Laundry & Textile Services, LLC | 06/23/2021 |
| 21-50796 | McKesson Plasma & Biologics LLC et al | 06/23/2021 |
| 21-50800 | Occupational Health Centers of the Southwest, P.A. | 06/23/2021 |
| 21-50803 | Olympus America, Inc. | 06/23/2021 |
| 21-50807 | Philips Electronics North America Corporation | 06/23/2021 |
| 21-50812 | Trisonics Inc. | 06/23/2021 |
| 21-50816 | Water Revenue Bureau | 06/23/2021 |
| 21-50891 | Analogic Corp. | 06/24/2021 |
| 21-50892 | Baxter Healthcare Corp. | 06/24/2021 |
| 21-50893 | Biofire Diagnostics, LLC | 06/24/2021 |
| 21-50894 | Biomerieux Inc. | 06/24/2021 |
| 21-50895 | Cook Medical LLC | 06/24/2021 |
| 21-50896 | De Lage Landen Financial Services, Inc. | 06/24/2021 |
| 21-50897 | Edwards Lifesciences | 06/24/2021 |
| 21-50898 | EZ-Park Inc. | 06/24/2021 |
| 21-50899 | GE Healthcare Inc. | 06/24/2021 |
| 21-50900 | GE Medical Systems Inc. | 06/24/2021 |
| 21-50901 | General Electric Co. | 06/24/2021 |
| 21-50902 | Integra Lifesciences Corporation | 06/24/2021 |
| 21-50903 | Keystone Quality Transport Inc. | 06/24/2021 |
| 21-50904 | Nuance Communications, Inc. | 06/24/2021 |
| 21-50905 | Physician and Tactical Healthcare Services, LLC | 06/24/2021 |
| 21-50906 | Peoples Capital and Leasing Co. | 06/24/2021 |
| 21-50908 | Solid Waste Services Inc. | 06/24/2021 |
| 21-50909 | Spectranetics Corporation | 06/24/2021 |
| 21-50910 | Urology for Children LLC | 06/24/2021 |
| 21-50914 | Cepheid Inc. | 06/25/2021 |
| 21-50915 | Veritystream, Inc. f/k/a Echo Inc. | 06/25/2021 |
| 21-50916 | Environmental Control Services, Inc. | 06/25/2021 |
| 21-50917 | Joseph Glass | 06/25/2021 |
| 21-50918 | Healthstream, Inc. | 06/25/2021 |
| 21-50919 | Medical Components Inc. | 06/25/2021 |
| 21-50920 | Medline Industries Inc. | 06/25/2021 |
| 21-50921 | Orthofix Inc. | 06/25/2021 |
| 21-50922 | Scribe America LLC | 06/25/2021 |
| 21-50923 | Specialtycare, Inc. | 06/25/2021 |
| 21-50924 | Tozour Energy Systems, Inc. | 06/25/2021 |

| Case No. | Defendant | Filing Date |
|----------|-----------|-------------|
| 21-50925 | Zimmer US, Inc. | 06/25/2021 |
| 21-50926 | Bio-Optronics Inc. | 06/25/2021 |
| 21-50928 | Germain & Company, Inc. | 06/25/2021 |
| 21-50930 | Nova Capital Group LLC | 06/25/2021 |
| 21-50931 | Quantros Inc. | 06/25/2021 |
| 21-50932 | Anesthesia Business Consultants, LLC | 06/26/2021 |
| 21-50933 | Cryolife Inc. | 06/26/2021 |
| 21-50934 | Freedom Specialty Services Inc. | 06/26/2021 |
| 21-50936 | Genzyme Corporation | 06/26/2021 |
| 21-50937 | Heery International Inc. | 06/26/2021 |
| 21-50938 | Holland Square Group, LLC | 06/26/2021 |
| 21-50939 | Huntington Technology Finance Inc. | 06/26/2021 |
| 21-50940 | Radiometer America Inc. | 06/26/2021 |
| 21-50942 | Scheduling.com, Inc. | 06/26/2021 |
| 21-50943 | TF Development Ltd. | 06/26/2021 |
| 21-50944 | DLC Management Group Inc. | 06/26/2021 |
| 21-50945 | FFF Enterprises Inc. | 06/26/2021 |
| 21-50946 | Priority Healthcare Distribution, Inc. | 06/26/2021 |
| 21-50948 | Accruent LLC | 06/27/2021 |
| 21-50949 | Call 4 Nurse LLC and Call 4 Health, Inc. | 06/27/2021 |
| 21-50950 | Diagnostica Stago Inc. | 06/27/2021 |
| 21-50952 | Merit Medical Systems Inc. | 06/27/2021 |
| 21-50953 | Misys Healthcare Systems Corp. | 06/27/2021 |
| 21-50954 | Reuter & Haney Inc. | 06/27/2021 |
| 21-50955 | SD Real Estate Developers LLC | 06/27/2021 |
| 21-50956 | Tele-Physicians, P.C. | 06/27/2021 |
| 21-50957 | Veolia Energy Philadelphia, Inc. | 06/27/2021 |
| 21-50958 | WW Grainger Inc. | 06/27/2021 |
| 21-50960 | Medical Doctor Associates LLC | 06/28/2021 |
| 21-50961 | Perinatal Cardiology Consultants, PC | 06/28/2021 |
| 21-50962 | Philadelphia Urosurgical Associates PC | 06/28/2021 |
| 21-50963 | Fisher Scientific Company L.L.C. | 06/28/2021 |
| 21-50964 | David Keith Butler, Sr. | 06/28/2021 |
| 21-50965 | Independent Medical Expert Consulting Services, Inc. | 06/28/2021 |
| 21-50967 | Pfizer Inc. | 06/28/2021 |
| 21-50984 | Ackers Hardware Inc. | 06/28/2021 |
| 21-50986 | S.R. Wojdak & Associates, LP | 06/28/2021 |
| 21-51024 | Sunquest Information Systems, Inc. | 08/20/2021 |
| 21-51025 | S.A. Comunale Co., Inc. | 08/20/2021 |
| 21-51026 | Bio-Rad Laboratories Inc. | 08/23/2021 |
| 21-51027 | Comphealth Associates Inc. | 08/23/2021 |
| 21-51028 | Arthrex Inc. | 08/23/2021 |
| 21-51029 | West Physics Consulting, LLC | 08/27/2021 |
| 21-50764 | Carefusion Solutions LLC | 6/23/2021 |

| Case No. | Defendant | Filing Date |
|----------|-----------|-------------|
| 21-50969 | Accreditation Council for Graduate Medical Education | 06/28/2021 |
| 21-50971 | Beckman Coulter Inc. | 06/28/2021 |
| 21-50973 | Cintas Corporation | 06/28/2021 |
| 21-50974 | Depuy Synthes Sales, Inc. | 06/28/2021 |
| 21-50975 | FedEx Corporation | 06/28/2021 |
| 21-50976 | Fortec Medical Inc. | 06/28/2021 |
| 21-50977 | GlaxoSmithKline LLC | 06/28/2021 |
| 21-50978 | Global Neurosciences Institute, LLC | 06/28/2021 |
| 21-50979 | Hologic Inc. | 06/28/2021 |
| 21-50980 | KCI USA Inc. | 06/28/2021 |
| 21-50981 | Manhattan Telecommunications Inc. et al | 06/28/2021 |
| 21-50982 | Nuvasive Inc. | 06/28/2021 |
| 21-50983 | Orthopediatrics Corp. | 06/28/2021 |
| 21-50985 | Sanofi Pasteur Inc. | 06/28/2021 |
| 21-50987 | Siemens Industry, Inc. et al | 06/28/2021 |
| 21-50988 | Sterilmed Inc. | 06/28/2021 |
| 21-50913 | Airgas Inc. | 06/25/2021 |

# Exhibit B

**INDEX OF PROFESSIONALS' FEE APPLICATIONS**

# DEBTORS' PROFESSIONALS

**I.    SAUL EWING ARNSTEIN & LEHR LLP (Counsel to Debtors)**

1.    Fifth Interim Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2020 through September 30, 2020 [Docket No. 2695; filed: 08/13/21]

    i.    Certification of No Objection for Fifth Interim Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 2775; filed: 09/03/21]

Related Documents:

    A.    Thirteenth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2020 through July 31, 2020 [Docket No. 1795; filed: 09/28/20]

        i.    Certification of No Objection for Thirteen Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 1834; filed: 10/20/20]

    B.    Fourteenth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 through August 31, 2020 [Docket No. 1824; filed: 10/19/20]

        i.    Certification of No Objection for Fourteenth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 1883; filed: 11/11/20]

    C.    Fifteenth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2020 through September 30, 2020 [Docket No. 1937; filed: 11/30/20]

        i.    Certification of No Objection for Fifteenth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 1987; filed: 12/22/20]

2.    Sixth Interim Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 through December 31, 2020 [Docket No. 2696; filed: 08/13/21]

    i.    Certification of No Objection for Sixth Interim Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 2776; filed: 09/03/21]

Related Documents:

 A. Sixteenth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 through October 31, 2020 [Docket No. 2003; filed: 12/31/20]

  i. Certification of No Objection for Sixteenth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 2047; filed: 01/22/21]

 B. Seventeenth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2020 through November 30, 2020 [Docket No. 2063; filed: 01/28/21]

  i. Certification of No Objection for Seventeenth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 2106; filed: 02/18/21]

 C. Eighteenth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2020 through December 31, 2020 [Docket No. 2116; filed: 02/23/21]

  i. Certification of No Objection for Eighteenth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 2192; filed: 03/16/21]

## II. KLEHR HARRISON HARVEY BRANZBURG LLP (Special Counsel to Debtors)

3. Fourth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from April 1, 2020 through September 30, 2020 [Docket No. 2721; filed: 08/19/21]

  i. Certification of No Objection for Fourth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 2811; filed: 09/13/21]

Related Documents:

 A. Seventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from April 1, 2020 through April 30, 2020 [Docket No. 1814; filed: 10/07/20]

        i.      Certification of No Objection for Seventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 1894; filed: 11/13/20]

B.     Eighth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from August 1, 2020 through August 31, 2020 [Docket No. 1816; filed: 10/07/20]

        i.      Certification of No Objection for Eighth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 1895; filed: 11/13/20]

C.     Ninth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from September 1, 2020 through September 30, 2020 [Docket No. 1864; filed: 10/27/20]

        i.      Certification of No Objection for Ninth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 2064; filed: 01/28/21]

4.     Fifth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from October 1, 2020 through December 31, 2020 [Docket No. 2722; filed: 08/19/21]

        i.      Certification of No Objection for Fifth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 2812; filed: 09/13/21]

<u>Related Documents</u>:

A.     Tenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from October 1, 2020 through October 31, 2020 [Docket No. 2097; filed: 02/17/21]

        i.      Certification of No Objection for Tenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 2179; filed: 03/11/21]

B.     Eleventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from November 1, 2020 through November 30, 2020 [Docket No. 2098; filed: 02/17/21]

i.  Certification of No Objection for Eleventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 2180; filed: 03/11/21]

C.  Twelfth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from December 1, 2020 through December 31, 2020 [Docket No. 2099; filed: 02/17/21]

i.  Certification of No Objection for Twelfth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 2181; filed: 03/11/21]

## COMMITTEE'S PROFESSIONALS

**III.  SILLS CUMMIS & GROSS P.C. (Counsel to the Official Committee of Unsecured Creditors)**

5.  Fifth Quarterly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from July 1, 2020 through September 30, 2020 [Docket No. 2675; filed: 08/05/21]

i.  Certification of No Objection for Fifth Quarterly Application of Sills Cummis & Gross P.C. [Docket No. 2821; filed: 09/13/21]

Related Documents:

A.  Thirteenth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2020 through July 31, 2020 [Docket No. 1769; filed: 09/01/20]

i.  Certification of No Objection for Thirteenth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 1804; filed: 09/30/20]

B.  Fourteenth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2020 through August 31, 2020 [Docket No. 1806; filed: 09/30/20]

i.  Certification of No Objection for Fourteenth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 1858; filed: 10/26/20]

C.  Fifteenth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for

Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2020 through September 30, 2020 [Docket No. 1952; filed: 12/04/20]

     i.    Certification of No Objection for Fifteenth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 1997; filed: 12/29/20]

6.    Sixth Quarterly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from October 1, 2020 through December 31, 2020 [Docket No. 2704; filed: 08/16/21]

     i.    Certification of No Objection for Sixth Quarterly Application of Sills Cummis & Gross P.C. [Docket No. 2816; filed: 09/13/21]

<u>Related Documents</u>:

A.    Sixteenth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2020 through October 31, 2020 [Docket No. 1957; filed: 12/07/20]

     i.    Certification of No Objection for Sixteenth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 1998; filed: 12/29/20]

B.    Seventeenth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2020 through November 30, 2020 [Docket No. 2241; filed: 04/08/21]

     i.    Certification of No Objection for Seventeenth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 2310; filed: 05/03/21]

C.    Eighteenth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2020 through December 31, 2020 [Docket No. 2242; filed: 04/08/21]

     i.    Certification of No Objection for Eighteenth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 2311; filed: 05/03/21]

IV.    **FOX ROTHSCHILD LLP (Delaware Counsel to the Official Committee of Unsecured Creditors)**

7.    Fifth Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period July 1, 2020 through September 30, 2020 [Docket No. 2706; filed: 08/17/21]

      i.    Certification of No Objection for Fifth Interim Fee Application of Fox Rothschild LLP [Docket No. 2813; filed: 09/13/21]

    <u>Related Documents</u>:

    A.    Twelfth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period July 1, 2020 through July 31, 2020 [Docket No. 1746; filed: 08/18/20]

      i.    Certification of No Objection Twelfth Monthly Fee Application of Fox Rothschild LLP [Docket No. 1784; filed: 09/10/20]

    B.    Thirteenth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period August 1, 2020 through August 31, 2020 [Docket No. 1805; filed: 09/30/20]

      i.    Certification of No Objection for Thirteenth Monthly Fee Application of Fox Rothschild LLP [Docket No. 1859; filed: 10/26/20]

    C.    Fourteenth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period September 1, 2020 through September 30, 2020 [Docket No. 1832; filed: 10/20/20]

      i.    Certification of No Objection for Fourteenth Monthly Fee Application of Fox Rothschild LLP [Docket No. 2048; filed: 01/25/21]

8.    Sixth Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2020 through December 31, 2020 [Docket No. 2707; filed: 08/17/21]

      i.    Certification of No Objection for Sixth Interim Fee Application of Fox Rothschild LLP [Docket No. 2814; filed: 09/13/21]

Related Documents:

A.    Fifteenth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2020 through October 31, 2020 [Docket No. 2049; filed: 01/26/21]

    i.    Certification of No Objection Fifteenth Monthly Fee Application of Fox Rothschild LLP [Docket No. 2104; filed: 02/18/21]

B.    Sixteenth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period November 1, 2020 through November 30, 2020 [Docket No. 2050; filed: 01/26/21]

    i.    Certification of No Objection Sixteenth Monthly Fee Application of Fox Rothschild LLP [Docket No. 2105; filed: 02/18/21]

C.    Seventeenth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period December 1, 2020 through December 31, 2020 [Docket No. 2143; filed: 03/04/21]

    i.    Certification of No Objection for Seventeenth Monthly Fee Application of Fox Rothschild LLP [Docket No. 2276; filed: 04/20/21]

## V.    BERKELEY RESEARCH GROUP, LLC (Financial Advisor to the Official Committee of Unsecured Creditors)

9.    Fourth Interim Fee Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from April 1, 2020 through September 30, 2020 [Docket No. 2717; filed: 08/19/21]

    i.    Certification of No Objection for Fourth Interim Application of Berkeley Research Group, LLC [Docket No. 2823; filed: 09/14/21]

Related Documents:

A.    Seventh Monthly Fee Application of Berkeley Research Group, LLC Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from April 1, 2021 through September 30, 2021 [Docket No. 1958; filed: 12/08/21]

       i.      Certification of No Objection for Seventh Monthly Application of Berkeley Research Group, LLC [Docket No. 2681; filed: 08/05/21]

10.    Amended Eighth Monthly and Fifth Interim Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from October 1, 2020 through December 31, 2020 [Docket No. 2777; filed: 09/03/21]

       i.      Certification of No Objection for Amended Eighth Monthly and Fifth Interim Application of Berkeley Research Group, LLC [Docket No. 2824; filed: 09/14/21]