**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | : Chapter 11 |
| | : |
| Center City Healthcare, LLC | : Case No.: 19-11466 (MFW) |
| | : |
| Debtor. | : |
| | : |
| Center City Healthcare, LLC, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : Adv. Proc. No.: 21-50892 (MFW) |
| Baxter Healthcare Corp., | : |
| | : |
| Defendant. | : |
| | : |

**MEDIATOR'S CERTIFICATE OF COMPLETION**

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a)  The following individuals were present:

   (1) Counsel (name and party representing):

      Counsel for Plaintiff:      Michelle G. Novick, Esq.
                                    Andrew Rudolph, Esq.

      Counsel for Defendant:     Roland G. Jones, Esq.
                                      Jose Hernandez, Esq.

(b)  The following parties failed to appear and/or participate as ordered:

   (1) Parties (name and capacity):  N/A

(c)  The outcome of the mediation conference was:

      \_\_\_\_      The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

      \_\_\_\_      The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____   The following issues remain for this court to resolve:

__X__   The matter has not been resolved and should proceed to trial.

_____   OTHER:


Mediator


Dated: February 28, 2022          _/s/ Ian Connor Bifferato_____

Ian Connor Bifferato (DE #3273)
The Bifferato Firm P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE  19801
(302) 429-0907
cbifferato@tbf.legal