
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, and ST. CHRISTOPHER'S HEALTHCARE, LLC,<br><br>　　Plaintiffs,<br><br>v.<br><br>BAXTER HEALTHCARE CORP.,<br><br>　　Defendant. | Adv. Proc. No. 21-50892 (MFW) |

## **STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Center City Healthcare, LLC d/b/a Hahnemann University Hospital and St. Christopher's Healthcare, LLC (collectively, the "**Plaintiffs**"), and Baxter Healthcare Corp. (the "**Defendant**"), hereby stipulate to dismiss with prejudice all claims asserted in the above-captioned adversary proceeding, with Plaintiffs and Defendant each bearing their own costs and expenses, respectively.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

So stipulated on May 23, 2022.

| | |
|---|---|
| **THE LAW OFFICE OF JAMES TOBIA, LLC** | **SAUL EWING ARNSTEIN & LEHR LLP** |
| | |
| */s/ James Tobia* | */s/ Monique B. DiSabatino* |
| James Tobia (DE Bar No. 3798) | Mark Minuti (DE Bar No. 2659) |
| 1716 Wawaset Street | John D. Demmy (DE Bar No. 2802) |
| Wilmington, DE 19806 | Monique B. DiSabatino (DE Bar No. 6027) |
| Telephone: (302) 655-5303 | 1201 N. Market Street, Suite 2300 |
| Fax: (302) 656-8053 | P.O. Box 1266 |
| jtobia@tobialaw.com | Wilmington, DE 19899 |
| | Telephone: (302) 421-6800 |
| -and- | mark.minuti@saul.com |
| | john.demmy@saul.com |
| **JONES & ASSOCIATES** | monique.disabatino@saul.com |
| Roland Gary Jones | |
| 1325 Avenue of the Americas, 28th Floor | -and- |
| New York, NY 10019 | |
| Telephone: (347) 862-9254 | Jeffrey C. Hampton |
| Fax: (212) 202-4416 | Adam H. Isenberg |
| rgj@rolandjones.com | A. Mayer Kohn |
| | Centre Square West |
| *Counsel for Baxter Healthcare Corp.* | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 972-7777 |
| | Fax: (215) 972-7725 |
| | jeffrey.hampton@saul.com |
| | adam.isenberg@saul.com |
| | mayer.kohn@saul.com |
| | |
| | *Counsel for the Plaintiffs* |

40073162.1 05/23/2022